UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SEALED**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CASE NO. 19-158 MAG |
| v. | * | SECTION: MAGISTRATE |
| **KENYA BUTLER-SMALL** | * | |
| * * * | | |

### O R D E R

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that the Clerk of Court, Eastern District of Louisiana, **UNSEAL** the Complaint in the above-captioned matter.

New Orleans, Louisiana, this ___14___ day of November, 2019.

_____
HONORABLE MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE